## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **NATALIE BACHER,** ) | |
| ) | **Case No.** 3:24-cv-01113-JPG |
| **Plaintiff,** ) | **CJRA Track:** B |
| ) | **Mandatory Mediation:** Yes |
| **vs.** ) | **Jury Trial:** June 2, 2025 |
| ) | |
| **PENN ALUMINUM** ) | |
| **INTERNATIONAL, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## AMENDED JOINT REPORT OF PARTIES AND
## PROPOSED SCHEDULING AND DISCOVERY ORDER

Pursuant to Federal Rule of Civil Procedure 26(f) and SDIL-LR 16.2(a), an initial conference of the parties was held on June 3, 2024 with Mohammed O. Badwan, Esq. for Plaintiff and Conor P. Neusel participating. On June 28, 2024, the parties held an additional conference in which they discussed and agreed to an amended scheduling and discovery plan as follows:

1. A stipulation selecting a mediator shall be filed with the Court by August 30, 2024.

2. Initial interrogatories and requests to produce, pursuant to Federal Rules of Civil Procedure 33 and 34 shall be served on opposing parties by August 27, 2024.

3. Plaintiff's deposition shall be taken by December 31, 2024.

4. Defendant's deposition shall be taken by December 31, 2024.

5. Motions to amend the pleadings, including the commencement of a third-party action, shall be filed by August 30, 2024 (no later than **90 days** following the Scheduling and Discovery conference).

6. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

Plaintiff's expert(s): <u>September 30, 2024</u>
Defendant's expert(s): <u>November 30, 2024</u>**.**
Third Party expert(s): <u>November 30, 2024.</u>

7. Depositions of expert witnesses must be taken by:

Plaintiff's expert(s): <u>December 13, 2024</u>
Defendant's expert(s): <u>January 10, 2025.</u>
Third Party expert(s): <u>January 10, 2025.</u>

8. The parties **CERTIFY** that they have discussed, in particular, the proportionality of discovery, the burden and expense associated with discovery, and the discovery of electronically stored information (ESI). The parties do not anticipate a need for ESI protocol. The parties shall submit to the Court any joint proposed ESI protocol no later than <u>August 27, 2024</u>**.** (The protocol shall contain mechanisms for addressing necessary topics concerning ESI to include sources of information, search terms, format of production and preservation of ESI by both Plaintiff(s) and Defendant(s)).

9. The **Mandatory Mediation Session** shall be completed by <u>December 23, 2024</u> (no later than **30 days** before the discovery cut-off).

10. **Discovery** shall be completed by <u>January 22, 2025</u> (no later than **130 days** before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full **30 days** as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

11. The **Mandatory Mediation Process** shall be completed by <u>February 6, 2025</u> (no later than 15 days after the discovery cut-off).

12. All **dispositive motions** shall be filed by <u>February 21, 2025</u> (no later than **100 days** before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Dispositive motions filed after this date will not be considered by the Court.

13. The parties are reminded that, prior to filing any motions concerning discovery, they must first meet and confer relating to any discovery disputes and then contact the Court to arrange a telephone discovery dispute conference if they are unable to resolve their dispute.  If the dispute cannot be resolved in the first telephonic conference, the Court will establish, with the input of the parties, the mechanism

for submitting written positions to the Court on an expedited basis.

DATED:  June 28, 2024

            SULAIMAN LAW GROUP, LTD.

            By: */s/ Mohammed O. Badwan*
                Mohammed O. Badwan
                2500 s. Highland Ave., Ste. 200
                Lombard, IL 60148
                (630) 575-8180
                mbadwan@sulaimanlaw.com

                *Attorney for Plaintiff Natalie Bacher*

            THOMPSON COBURN LLP

            By:      */s/ Conor P. Neusel*
                Conor P. Neusel, MO – 66111
                One US Bank Plaza
                St. Louis, Missouri  63101
                314-552-6000
                FAX 314-552-7000
                cneusel@thompsoncoburn.com

                *Attorneys for Defendant*
                *Penn Aluminum International, LLC*