IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NATALIE BACHER,

        Plaintiff,

v.

PENN ALUMINUM INTERNATIONAL, LLC,

        Defendant.

Case No. 24-cv-1113 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 1/27/2025**      MONICA A. STUMP, Clerk of Court

                                              s/ Tina Gray, Deputy Clerk

**Approved:**    s/J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**